UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-6471-MWF(MRWx)**                              Dated: **July 16, 2015**

Title:       Deborah Zuniga -v- Bank of America, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Mediation Report [23], filed June 22, 2015, indicating that the entire case has settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 17, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                           Initials of Deputy Clerk    cw
CIVIL - GEN

-1-